1  STEPHEN G. LARSON (SBN 145225)
   MICHAEL S. CRYAN (SBN 249507)
2  **ARENT FOX LLP**
   555 West Fifth Street, 48th Floor
3  Los Angeles, CA  90013-1065
   Telephone:  213.629.7400
4  Facsimile:  213.629.7401
   Email:       Stephen.Larson@arentfox.com
5  Email:       Michael.Cryan@arentfox.com

6  Attorneys for Plaintiff
   RAF Insurance Services, Inc.
7

8                 UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11

12 | RAF INSURANCE SERVICES, INC., | Case No. 13CV1994-JAH-DHB |
13 |                                |                            |
14 | Plaintiff,                     | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
15 | v.                             |                            |
16 | PHL VARIABLE INSURANCE COMPANY, |                          |
17 | Defendant.                     |                            |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

   PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff RAF INSURANCE SERVICES, INC. hereby files this notice of dismissal without prejudice.

| | |
|---|---|
| 1 | Dated:   June 11, 2014              **ARENT FOX LLP** |

By:  /s/ *Michael Cryan*
STEPHEN G. LARSON
MICHAEL S. CRYAN
Attorneys for Plaintiff
RAF INSURANCE SERVICES, INC.

### **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2014 the forgoing document is being served upon counsel for all parties by the ECF system of this Court.

By:  /s/ *Michael Cryan*
MICHAEL S. CRYAN

.